

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

PHILLIP FRIAS,                                     §               No. 08-13-00325-CR

                Appellant,      §                   Appeal from the

v.                                                       §               171st District Court

THE STATE OF TEXAS,                     §               of El Paso County, Texas

               State.       §                   (TC# 20130D03266)

§

**O R D E R**

The Court has considered the Appellant's motion to accept the previously filed record on appeal and concludes that the motion should be GRANTED. The clerk's record (1 volume) filed on February 25, 2014, the reporter's record (10 volumes) filed on July 9, 2014 and the supplemental clerk's record (1 volume) filed on February 4, 2015, in cause number 08-14-00014-CR, will be filed in the above styled and numbered cause. The Appellant's brief is now due on or before April 15, 2017.

IT IS SO ORDERED this 16th day of March, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.